IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAREN S. WEBSTER, | § | |
| | § | No. 593, 2014 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below: |
| | § | Superior Court of the State of |
| v. | § | Delaware in and for New Castle |
| | § | County |
| DELAWARE BOARD OF | § | C.A. No. N13A-05-011 FSS |
| MEDICAL LICENSURE AND | § | |
| DISCIPLINE, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 17, 2015
Decided: June 19, 2015

Before **STRINE,** Chief Justice, **HOLLAND** and **SEITZ**, Justices.

## <u>ORDER</u>

This 19th day of June 2015, after careful consideration of the parties' briefs and oral argument on appeal, we find it evident that the September 22, 2014 judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in the May 7, 2013 Public Order of the Delaware Board of Medical Licensure and Discipline.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice